

```
                                              FILED

                                           AUG 1 1 2008

                                    UNITED STATES BANKRUPTCY COURT
                                     EASTERN DISTRICT OF CALIFORNIA
```

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 06-23075-D-13L |
| TIFFANY BEST, | Docket Control No. WW-3 |
| Debtor. | DATE: August 5, 2008<br>TIME: 1:00 p.m.<br>DEPT: D (Courtroom 34) |

### MEMORANDUM ON APPLICATION FOR ATTORNEYS FEES AND COSTS

Tiffany Best (the "debtor") filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code ("Code") on August 11, 2006. Mark Wolff of Wolff & Wolff ("Counsel") has continuously acted as the debtor's attorney and this is Counsel's first interim fee request. Through this fee application (the "Application"), Counsel seeks interim approval of $1,668 in fees and $314 in costs. Although no party has filed opposition to the Application, the court has an independent duty to review all requests for compensation and to determine their reasonableness pursuant to § 328 of the Code.

The court has concerns regarding certain services that were charged by either an attorney or paralegal, but appear to be secretarial in nature.

Specifically, Counsel's billing statements include the following time entries:

1. On 10/19/07 SD billed .2 hours ($20.00) for "Correspondence with client regarding creditor address."

2. On 11/1/07 KM billed .3 hours ($33.00) for "Draft pleading - Change of Address for Debtor. With POS."

3. On 4/25/08 AM billed .2 hours ($20.00) for "Correspondence with client regarding the filed change of address."

4. On 6/23/06 MTC billed .1 hours ($12.50) for "Telephone conference with client regarding signing appt."

5. On 8/2/06 TW billed 2.6 hours ($585.00) for "Entered information regrading creditors, assets, income and expenses in to computer."

6. On 8/24/06 MTC billed .4 hours ($50.00) for "Draft pleading POS - four years taxes and proof of income."

7. On 9/5/06 MTC billed .1 hours ($12.50) for "Telephone conference with client regarding the 341 meeting of creditors, location & parking."

8. On 9/14/06 MTC billed .2 hours ($25.00) for "Correspond with client - sent a copy of debtor education certificates per client's request."

The above-listed time entries appear to be for services secretarial in nature and therefore, non-compensable. Accordingly, the court will reduce the fee request by $758.

In light of the above deductions, Counsel's interim request for fees of $1,668 will be reduced by $758 and the court will allow fees of $910 and costs of $314 for a total of $1,224.

/ / /

A separate order will be entered consistent with this memorandum decision.

Dated:　August 11, 2008

*Robert Bardwil*
Robert S. Bardwil
United States Bankruptcy Judge

**Certificate of Service**

I, Andrea Lovgren, certify that on August 11, 2008 a copy of the **foregoing document** was mailed to the following:

Office of the US Trustee
501 "I" Street, Suite 7-500
Sacramento, CA 95814

Lawrence Loheit
P.O. Box 1858
Sacramento, CA 95812

Mark Wolff
8861 Williamson Dr., #30
Elk Grove, CA 95624-7920

Tiffany Best
4352 Greenholm Dr., #11
Sacramento, CA 95842

FOR THE COURT
RICHARD G. HELTZEL
CLERK, U.S. BANKRUPTCY COURT

By: _____
         Deputy Clerk